No. 4,571.—STATE, RESPONDENT, *v.* RAY A. COBBAN, APPELLANT.

*Appeal from District Court, Deer Lodge County; Geo. B. Winston, Judge.*

Decided June 21, 1920.

PER CURIAM.—Pursuant to motion of appellant, the appeal herein is dismissed.

*Mr. Lyman J. Roscow* and *Mr. J. J. McCaffery,* for Appellant.

---

No. 4,663.—STATE, RESPONDENT, *v.* M. O. DUFFY, APPELLANT.

*Appeal from District Court, Valley County; John Hurly, Judge.*

Decided June 26, 1920.

PER CURIAM.—The motion of respondent that the appeal herein be dismissed for failure of appellant to file transcript within time is granted and the appeal is accordingly dismissed.

MR. JUSTICE HURLY, being disqualified, takes no part in the order of dismissal.

*S. C. Ford,* Attorney General, for Respondent.